## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| David Coyne, on behalf of himself and all others similarly situated | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 17-500 PAM/SER |
| Midland Funding, LLC, Midland Credit Management, and Messerli & Kramer, P.A. | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Motion to Dismiss (Docket No. 9) is GRANTED; and
2. The Complaint is DISMISSED with prejudice as to claims arising out of alleged misstatements regarding interest, and DISMISSED without prejudice as to claims arising out of the alleged misstatement regarding costs.

Date: 7/21/2017                                                         RICHARD D. SLETTEN, CLERK

                                                                                            s/A. Linner
                                                                           (By)   A. Linner, Deputy Clerk