# UNITED STATES DISTRICT COURT
## District of Minnesota

**JUDGMENT IN A CIVIL CASE**

David Coyne, on behalf of himself and all others similarly situated,

        Plaintiff(s),

v.

        Case Number: 17-cv-500 (PAM/SER)

Messerli & Kramer, P.A.,

        Defendant(s).

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This matter is **DISMISSED with prejudice**, with each party to bear its own costs, disbursements, and attorney's fees.

Date: 5/29/2019

KATE M. FOGARTY, CLERK

s/M.Price
(By) Mandy Price, Deputy Clerk