# UNITED STATES DISTRICT COURT
## District of Minnesota

**AMENDED JUDGMENT IN A CIVIL CASE**

David Coyne, on behalf of himself
and all others similarly situated,

                Plaintiff(s),

v.                                        Case Number: 17-cv-500 (PAM/TNL)

Messerli & Kramer P.A.,

                Defendant(s).

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This matter is **DISMISSED with prejudice**, with each party to bear its own costs, disbursements, and attorney's fees.

Date: 5/30/2019                                    KATE M. FOGARTY, CLERK

                                                              s/M.Price
                                                 (By) Mandy Price, Deputy Clerk